■ JOSEPH ANDRZEJEWSKI, Respondent, v. DENNIS J. KUTTRUFF et al., Appellants. FREDERICK A. NUDD, Respondent, v. JOSEPH J. ANDRZEJEWSKI, Respondent, and ROLAND W. KUTTRUFF, Appellant.— Order unanimously reversed, with costs, and motion granted, without costs. Memorandum: In the exercise of a proper discretion, the motion should have been granted. (Cf. *Potter* v. *Clark*, 19 A D 2d 585.) (Appeal from order of Monroe Special Term denying motion to try the two actions together.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.

■ JULIA GANGEMI et al., Respondents, v. RAYMOND BOUTILLIER, Defendant, and C. EDWIN CLOSE, as Administrator of the Estate of JOHN SIRACUSA, Deceased, Appellant. (And Four Other Actions.) — Order unanimously reversed, with costs and motion denied, without costs. Memorandum: The granting of the motion was an improvident exercise of discretion. (Appeal from an order of Onondaga Special Term granting motion for a joint trial of the actions.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.